IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH VICTOR LOPEZ**     **PLAINTIFF**
**ADC #184342**

v.     No: 4:25-cv-00078-JM-PSH

**KENTARIOUS TATE**, *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 17). No objections have been filed. After carefully consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Defendants' motion to dismiss (Doc. No. 13) is granted. Lopez's claims against them in their official capacities are dismissed without prejudice.

DATED this 1st day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE