# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSEPH VICTOR LOPEZ**  **PLAINTIFF**
**ADC #184342**

v.  No: 4:25-cv-00078-JM

**KENTARIOUS TATE,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the Defendants' motion for summary judgment (Doc. No. 21) is granted and Lopez's claims against the Defendants is dismissed without prejudice for failure to exhaust available administrative remedies.

DATED this 2nd day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE