IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH VICTOR LOPEZ**                                                              **PLAINTIFF**
**ADC #184342**

v.                            No: 4:25-cv-00078-JM

**KENTARIOUS TATE,** *et al.*                                        **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 2nd day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE